IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TARP NATION, INC. A/A/O
IKE OKEKE,              CASE NO.: _____

     Plaintiff,

vs.

NATIONWIDE GENERAL INSURANCE
COMPANY,

     Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, NATIONWIDE GENERAL INSURANCE COMPANY ("NATIONWIDE"), by and through its undersigned counsel, hereby files its Notice of the Removal of this cause to the United States District Court for the Middle District of Florida, Tampa Division, and states as grounds for such removal the following:

1. On December 2, 2022, Plaintiff, TARP NATION, INC. A/A/O IKE OKEKE ("Plaintiff"), filed this action in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case No. 22-CA-010019 ("State Action").

2. On December 16, 2022, NATIONWIDE was served with a Summons and copy of the Complaint in connection with the State Action. Pursuant to 28

U.S.C § 1446(a), a copy of all process and pleadings are attached hereto as **Composite Exhibit "1"** as follows:

    A.    Notice of Service of Process;

    B.    Summons;

    C.    Plaintiff's Complaint;

    D.    Plaintiff's First Set of Interrogatories;

    E.    Plaintiff's First Request for Production of Documents;

    F.    Proposed Notice of Taking Deposition Duces Tecum;

    G.    Differentiated Case Management Order & Notice of Case Management Hearing;

    H.    Defendant's Notice of Appearance and Designation of E-mail Addresses;

    I.    Defendant's Motion for Extension of Time to File Response to Plaintiff's Complaint;

    J.    Defendant's Certification and Notice of Filing Notice of Removal; and

    K.    Defendant's Notice of Removal to Opposing Counsel.

    3.    This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Tampa Division, the court for the district and division which embraces the state court where the removed State Action was pending, and is filed within the time provided for the removal of actions to the United States District Court.  *See* 28 U.S.C § 1446(b).

**DIVERSITY OF CITIZENSHIP**

4. At the time of the lawsuit and the filing of this Notice of Removal, there was and still is complete diversity between Plaintiff (citizen of Florida) on the one hand and Defendant (not a Florida citizen) on the other.

5. Plaintiff, Tarp Nation, Inc., is a citizen of Florida. Plaintiff's business is duly organized and incorporated in the State of Florida and licensed to do business in the State of Florida. It is a corporation organized under the laws of Florida, and has its principal place of business in Miami, Florida. *See* SunBiz records for Tarp Nation, Inc. attached as **Exhibit "2"**.

6. Accordingly, Plaintiff is a citizen of the State of Florida for the purposes of determining diversity under 28U.S.C. § 1332(c)(1).

7. At all times material to this action, NATIONWIDE is not a citizen of or incorporated in the State of Florida and does not have its principal place of business in the State of Florida. NATIONWIDE was and is incorporated in the State of Ohio, having its principal place of business in the State of Ohio. Accordingly, at all times material to this action, NATIONWIDE was and is a citizen of the State of Ohio for purposes of determining diversity under 28 U.S.C. § 1332(c)(1).

8. Thus, complete diversity exists between the parties in accordance with 28 U.S.C. §1332.

**AMOUNT IN CONTROVERSY**

9. NATIONWIDE issued an insurance Policy, No. ACPBP0013200279162 to the Insured, Ike Okeke, to insure the Property located at 9780 North 56th Street, Temple Terrace, Florida 33617. *See* Complaint ¶¶ 6 and 8.

10. Plaintiff has brought this action as an assignee of the Insured, Ike Okeke against NATIONWIDE for breach of contract pursuant to the terms of the subject Policy.

11. Specifically, Plaintiff contends that NATIONWIDE failed to pay insurance proceeds to Plaintiff for mitigation services performed at the subject property and on behalf of the Insured. *See* Complaint ¶ 17.

12. Prior to filing suit, Plaintiff submitted invoices to NATIONWIDE in the total amount of $141,680.00 in support of its claim for the services performed at the subject Property. Plaintiff's invoices are attached hereto as **Composite Exhibit "3"**.

13. NATIONWIDE issued payment, in the amount of $24,240.00, to Plaintiff prior to the filing of the State Action, which leaves the total amount of $117,440.00 in dispute.

14. Thus, the amount in controversy herein is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interests and costs.

15. This Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and NATIONWIDE are citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

16. NATIONWIDE has noticed the adverse party, Plaintiff, of this Removal by notifying Plaintiff's attorney of record.

17. NATIONWIDE has filed a written notice with the Clerk of the Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida in compliance with 28 U.S.C § 1446 (d).

BUTLER WEIHMULLER KATZ CRAIG LLP

s/ Thomas A. Keller
THOMAS A. KELLER, ESQ.
Florida Bar No.: 0153354
tkeller@butler.legal
DERICKA Y. BURKE, ESQ.
Florida Bar No.: 1000332
dburke@butler.legal
Secondary: lfarrell@butler.legal;
ksicuranza@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone:   (813) 281-1900
Facsimile:   (813) 281-0900
*Attorneys for Nationwide General Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2023, the foregoing was filed with the Clerk of the Court via the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished this day via Electronic Mail to:

> Joshua Lopez, Esq.
> Your Insurance Attorney, PLLC
> 2601 South Bayshore Drive, 18th Floor
> Coconut Grove, Florida 33133
> jrl@yourinsuranceattorney.com
> yia12@yourinsuranceattorney.com
> Attorneys For: Plaintiff

s/ Thomas A. Keller
THOMAS A. KELLER, ESQ.